NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL WATERS,                      )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D19-4431
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____  )

Opinion filed September 4, 2020.

Appeal from the Circuit Court for Polk
County; William D. Sites, Judge.

Howard L. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.


ROTHSTEIN-YOUAKIM, Judge.

           Michael Waters appeals the order revoking his probation and the sentence

imposed upon revocation.  Just as we did in case number 2D19-33, we affirm in all

respects but remand for correction of a scrivener's error pertaining to count two in the

underlying sentencing documents.

Despite the trial court's oral pronouncement that Waters' sentence on count two was a five-year term of probation consecutive to the ten-year prison term on count three, the written sentencing documents incorrectly reflect a split sentence on count two of five years' imprisonment followed by five years' probation. Consequently, we remand with instructions for correction of the written sentencing documents to comport with the trial court's oral pronouncement. See Bryant v. State, 45 Fla. L. Weekly D520b, D520b (Fla. 2d DCA Mar. 6, 2020) ("When a conflict exists between the trial court's oral pronouncement of sentence and the written sentencing documents, the oral pronouncement controls." (citing Williams v. State, 957 So. 2d 600, 603 (Fla. 2007))).

Affirmed; remanded to correct scrivener's error.

NORTHCUTT and SILBERMAN, JJ., Concur.